IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **Pulse Creation, Inc.**<br><br>**Plaintiff,**<br><br>vs.<br><br>**Hana Financial, Inc., et al.,**<br><br>**Defendants.** | §§§§§§§§§§§§§§§§ | CASE NO.: 20-CV-08799<br><br>The Court is not aware of a motion or order of abatement, and thus denies the motion.  However, upon suggestion of settlement, the case is dismissed, subject to restoration until the earlier of (i) June 15, 2021, (ii) the parties file a stipulation of dismissal with prejudice, (iii) the parties move to enter the Agreed Judgment as set forth in the Settlement Agreement, or (iv) further order of the Court.<br><br>So ordered,<br>/s/ Hon. Alvin K. Hellerstein<br>Mar. 4, 2021 |

**AGREED MOTION FOR ABATEMENT
PENDING FUNDING OF A SETTLEMENT AGREEMENT**

Plaintiff, Pulse Creation, Inc. ("Plaintiff" or "Pulse") and Defendant, Hana Financial, Inc., ("Defendant" or "Hana") file this Agreed Motion for Abatement Pending Funding of a duly agreed and executed Settlement Agreement.

**Motion**

Plaintiff and Defendant have entered into a settlement agreement to fully and finally resolve the claims and causes of action in this case ("Settlement Agreement"). The Settlement Agreement includes a set payment schedule, with the final payment due on or before May 31, 2021. Under the Settlement Agreement, Pulse has the right to file an agreed judgment in the event the payments are not made, or checks do not clear, in accordance with the Settlement Agreement. To provide time for Hana to make the agreed payments, for the purposes of judicial efficiency, and for the Parties to avoid incurring unnecessary expense, the Parties jointly respectfully request the Court to abate this case until the earlier of: (i) June 15, 2021; (ii) the parties file a stipulation of dismissal with prejudice; (iii) the parties move to enter the Agreed Judgment as set forth in the

Settlement Agreement; or (iv) further order of this Court.

## Prayer

Plaintiff and Defendant, together, request that the Court abate this until the earlier of (i) June 15, 2021, (ii) the parties file a stipulation of dismissal with prejudice, (iii) the parties move to enter the Agreed Judgment as set forth in the Settlement Agreement, or (iv) further order of this Court.

Dated: February 28, 2021   Respectfully submitted,

KAKAR, P.C.

By: */s/ Sumeer Kakar*
Sumeer Kakar, Esq.
No. SK0913
*sk@kakarlaw.net*
525 Seventh Avenue
Suite 1810
New York, NY 10018
212-704-2014
F: 646-513-3353

**ATTORNEYS PULSE CREATIONS, INC.**

and

THE BASIL LAW GROUP P.C.

By:   */S/ Robert J. Basil*
Robert Basil, Esq.
*Robertjbasil@rjbasil.com*
32 East 31st Street, 9th Floor
New York, NY 10016
917-994-9973
F: 831-536-1075

**ATTORNEYS FOR HANA FINANCIAL, INC.**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Pulse Creation, Inc. | § § § § § | CASE NO.: 20-CV-08799 |
| Plaintiff, | § § § | ECF CASE |
| vs. | § § § | |
| Hana Financial, Inc., et al., | § § § | JURY TRIAL DEMANDED |
| Defendants. | § § § § | |

## ORDER ABATING CASE

Came on for consideration this day the *Joint Motion for Abatement Pending Funding of Settlement Agreement* agreed to and entered into by Plaintiff, Pulse Creation, Inc. and Defendant, Hana Financial, Inc. Noting that the parties have entered a duly executed Settlement Agreement, the Court finds good cause to grant the relief requested.

It is, therefore, ORDERED that this case is abated until the earlier of (i) June 15, 2021, (ii) the parties file a stipulation of dismissal with prejudice, (iii) the parties move to enter the Agreed Judgment as set forth in the Settlement Agreement, or (iv) further order of this Court.

SIGNED _____, 2021.

_____
ALVIN K. HELLERSTEIN
UNITED STATES JUDGE

KAKAR, P.C.

By: _____
Sumeer Kakar, Esq.
No. SK0913
*sk@kakarlaw.net*
525 Seventh Avenue
Suite 1810
New York, NY 10018
212-704-2014
F: 646-513-3353

**ATTORNEYS PULSE CREATIONS, INC.**

*and*

THE BASIL LAW GROUP P.C.

By: _____
Robert Basil, Esq.
*Robertjbasil@rjbasil.com*
32 East 31st Street, 9th Floor
New York, NY 10016
917-994-9973
F: 831-536-1075

**ATTORNEYS FOR HANA FINANCIAL, INC.**

2